UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   Todd D Gniewek<br>   Jennifer M Gniewek<br>              Debtor(s) | Case No. 15 B 27056 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Dismissed on 10/22/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advance America | Unsecured | 1,287.00 | NA | NA | 0.00 | 0.00 |
| Advance America | Unsecured | 2,206.00 | NA | NA | 0.00 | 0.00 |
| Aegis Ambulatory | Unsecured | 92.80 | NA | NA | 0.00 | 0.00 |
| Amca | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| American Web Loan | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Americash | Unsecured | 866.08 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 0.00 | 14,275.00 | 23,260.06 | 0.00 | 0.00 |
| Ars Inc | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit LLC | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| Bruggerman Hurst & Associates | Unsecured | 14,766.99 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 756.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| Captial One Bank | Unsecured | 745.42 | NA | NA | 0.00 | 0.00 |
| Captial One Bank | Unsecured | 1,220.85 | NA | NA | 0.00 | 0.00 |
| Castle Payday | Unsecured | 1,040.00 | NA | NA | 0.00 | 0.00 |
| Chamberlain | Unsecured | 66.87 | NA | NA | 0.00 | 0.00 |
| Chase Bank USA N.A. | Unsecured | 2,487.66 | NA | NA | 0.00 | 0.00 |
| Childrens Place/Citicorp Credit Services | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| Citibank | Unsecured | 317.93 | NA | NA | 0.00 | 0.00 |
| clerk of 18th judicial circuit | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| Clerk of 18th Judicial Circuit | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Country Mutual Insurance | Unsecured | 419.72 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 17,646.00 | 18,085.44 | 18,085.44 | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 948.68 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/navient | Unsecured | 52,387.00 | NA | NA | 0.00 | 0.00 |
| Express Cash Mart of Illinois LLC | Unsecured | 1,060.80 | NA | NA | 0.00 | 0.00 |
| First Premier | Unsecured | 885.64 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 702.47 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 885.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fredric Tatel and Assoiates | Unsecured | 289.26 | NA | NA | 0.00 | 0.00 |
| GECRB/ Old Navy | Unsecured | 457.00 | NA | NA | 0.00 | 0.00 |
| Glenwood Medical Corp | Unsecured | 257.37 | NA | NA | 0.00 | 0.00 |
| GM Financial | Secured | 23,240.00 | NA | 13,500.00 | 0.00 | 0.00 |
| Green Valley Cash | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Harrah Joliet Affliated Credit Serv | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Assoc Cr Un | Unsecured | 8,215.00 | NA | NA | 0.00 | 0.00 |
| I Speedy Loans | Unsecured | 1,236.04 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 10,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 1,400.11 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 5.57 | 5.57 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 250.00 | 280.62 | 280.62 | 0.00 | 0.00 |
| John Damas, M.D. | Unsecured | 251.10 | NA | NA | 0.00 | 0.00 |
| Joseph Beck MD LTD | Unsecured | 109.20 | NA | NA | 0.00 | 0.00 |
| KOHL'S | Unsecured | 3,179.15 | NA | NA | 0.00 | 0.00 |
| Kohls/Capone | Unsecured | 3,367.00 | NA | NA | 0.00 | 0.00 |
| Lendgreen | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| Lisle police department | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Lockport Express Medical | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Loyola Medical Center | Unsecured | 2,708.00 | NA | NA | 0.00 | 0.00 |
| Loyola University Medical Center | Unsecured | 915.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding LLC | Unsecured | 949.00 | NA | NA | 0.00 | 0.00 |
| Mcsi Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Old Navy | Unsecured | 295.40 | NA | NA | 0.00 | 0.00 |
| PLS Financial Solutions of IL | Unsecured | 3,610.93 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 128.46 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 64.23 | NA | NA | 0.00 | 0.00 |
| Radiant Cash | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Robert P. Dybcio | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Sovereign Advance | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial | Unsecured | 1,324.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 1,324.00 | 1,454.54 | 1,454.54 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 374.00 | NA | NA | 0.00 | 0.00 |
| Target Cash Now | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Tri State Adjustments | Unsecured | 54.90 | NA | NA | 0.00 | 0.00 |
| Trojan Professional Se | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| US Department of Education | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Vision Financial Servi | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| Will County States Atty | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,585.44 | $0.00 | $0.00 |
| All Other Secured | $1,454.54 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$33,039.98** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $280.62 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$280.62** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,265.63** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/08/2016        By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**